ADAM GORDON
United States Attorney
Hunter V. Norton
Assistant U.S. Attorney
Washington D.C. Bar No. 1780736
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel: (619) 546-8592
Fax: (619) 546-7751
Email: Hunter.Norton2@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIQI YU, | Case No.: 26-cv-03233-DMS-DEB |
| Petitioner, | |
| v. | **ORDER ON JOINT MOTION TO VACATE ORDER AND LIFT STAY OF REMOVAL** |
| MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, *et al.*, | [ECF No. 6] |
| Respondents. | |

Before the Court is the Parties' joint motion to vacate the Court's order, ECF No. 2, enjoining Petitioner's transfer or removal from the Southern District of California during the pendency of this matter. ECF No. 6. Given the joint nature of the motion and good cause appearing, the Parties' motion is GRANTED and the Court's prior order at ECF No. 2 is VACATED. Respondents may transfer Petitioner out of the Southern District of California and effectuate his removal to China.

**IT IS SO ORDERED.**

Dated:  June 16, 2026

_____
Hon. Dana M. Sabraw
United States District Judge